# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00095-CV

**Katie Bosacki and Danielle Thomas, Appellants**

**v.**

**Brandon Walter Benner, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-10-003850, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Katie Bosacki and Danielle Thomas represent that the parties have reached a settlement agreement and have filed an unopposed motion to dismiss appeal. Accordingly, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Henson and Goodwin

Dismissed on Appellants' Motion

Filed:   June 27, 2012